IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MELANIE GLASS | ) |
| | ) |
| v. | ) NO. 3-14-1286 |
| | ) JUDGE CAMPBELL |
| TWIN KEGS, et al. | ) |

ORDER

Plaintiff has filed a Stipulation of Voluntary Dismissal with Prejudice (Docket No. 16), indicting that the parties have settled all disputes herein. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file. Any pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE